MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MANCHESTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MASON HILL AVENUE TRUST; FERRELL STREET TRUST; AND SATICOY BAY LLC, SERIES 10727 MASON HILL AVE.; <br><br> Defendants. | Case No.: 2:17-cv-00159-RFB-GWF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Plaintiff Bank of America, N.A. ("BANA"), and defendants Mason Hill Avenue Trust, ("Mason Hill"), Ferrell Street Trust ("Ferrell"), and Saticoy Bay LLC, Series 10727 Mason Hill Ave ("Saticoy Bay") (collectively "Defendants") stipulate as follows:

1. Defendants filed a motion to dismiss BANA's complaint on November 1, 2018. ECF No. 26. BANA's responses is currently due on November 15, 2018, per ECF No. 26.

2. The parties stipulate that BANA shall have until **December 14, 2018** to file its responses to Defendants' motion to dismiss.

///

///

1

45472878;2

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

Dated this 13th day of November, 2018.

**AKERMAN LLP**

*/s/ Vatana Lay*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.,*

Dated this 13th day of November, 2018.

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Michael F. Bohn*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074

*Attorneys for Saticoy Bay LLC, Series 10727 Mason Hill Ave., Mason Hill Avenue Trust, and Ferrell Street Trust*

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
United States District Judge

**DATED:** November 15, 2018

2

45472878;2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572