MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> MANCHESTER PARK HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MASON HILL AVENUE TRUST; FERRELL STREET TRUST; AND SATICOY BAY LLC, SERIES 10727 MASON HILL AVE.; <br><br> Defendants. | Case No.: 2:17-cv-00159-RFB-GWF <br><br> **SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> **(SECOND REQUEST)** |

Plaintiff Bank of America, N.A. ("BANA"), and defendants Mason Hill Avenue Trust, ("Mason Hill"), Ferrell Street Trust ("Ferrell"), and Saticoy Bay LLC, Series 10727 Mason Hill Ave ("Saticoy Bay") (collectively "Defendants") stipulate as follows:

1. Defendants filed a motion to dismiss BANA's complaint on November 1, 2018. ECF No. 26. BANA's response is currently due on December 14, 2018, per ECF No. 30.

2. The parties are engaged in settlement discussions which may result in a complete resolution of this matter. Allowing the parties' additional time to explore settlement before BANA responds to Defendants' motion to dismiss will serve the purposes of efficiency and judicial economy.

///

1

3. The parties stipulate that BANA shall have until **January 14, 2019** to file its response to Defendants' motion to dismiss.

4. This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| Dated this 13th day of December, 2018. | Dated this 13th day of December, 2018. |
|---|---|
| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
| */s/ Vatana Lay* | */s/ Michael F. Bohn* |
| MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>2260 Corporate Circle, Suite 480<br>Henderson, Nevada 89074 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for Saticoy Bay LLC, Series 10727 Mason Hill Ave., Mason Hill Avenue Trust, and Ferrell Street Trust* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** December 14, 2018

47255732;1